# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JOSE ACOSTA, | Case No. 1:17-cv-01534-AWI-EPG |
|---|---|
| Plaintiff, | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |
| v. | |
| NEYA, INC. *dba* HB SHAW & MAROA SINCLAIR, | (ECF No. 5) |
| Defendant. | |

On December 15, 2017, Plaintiff filed a notice voluntarily dismissing this action. (ECF No. 5.) Thus, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **December 18, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1